IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM D. DUNAWAY,

                        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                        Defendant.

No. CV 06-550-ST

OPINION AND ORDER

**MOSMAN, J.,**

On November 5, 2007, Magistrate Judge Stewart issued Findings and Recommendation ("F&R") (#32) in the above-captioned case recommending that the Commissioner's decision be affirmed and Plaintiff's Complaint be dismissed. No objections were filed.

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The district court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). However, I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United*

PAGE 1 - OPINION AND ORDER

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  In either case, the court is free to accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation, and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.


DATED this   9th   day of January, 2008.


/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

PAGE 2 - OPINION AND ORDER