IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM D. DUNAWAY,

          Plaintiff,

   v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

          Defendant.

No. CV 06-550-ST

JUDGMENT

**MOSMAN, J.,**

    Based on the Opinion and Order of the court filed January 9, 2008 (#34) adopting the Magistrate Judge's Findings and Recommendations (#32),

    IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED, and this case is DISMISSED.

    DATED this  12th  day of January, 2008.

                                   /s/ Michael W. Mosman
                                   MICHAEL W. MOSMAN
                                   United States District Judge